

# THE THIRTEENTH COURT OF APPEALS

---

13-13-00702-CV

---

Entravision Communications Corporation and Marianele Aguirre

v.

Jesus Everardo Villarreal Salinas

---

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-3185-13-I

---

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 30, 2015